**Exhibit A to the Complaint**

**Location:** New City, NY  
**Total Works Infringed:** 26  
**IP Address:** 69.127.138.248  
**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | 06/02/2019 15:25:44 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | 07/24/2018 02:55:35 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 3 | 1018A676073B24EB9A7384E7BF56686079E27B27 | 07/24/2018 02:51:27 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 4 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 03/25/2019 13:24:57 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 5 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | 09/15/2018 04:04:06 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 6 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 05/05/2019 13:51:37 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 7 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | 10/02/2018 14:28:02 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 8 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 07/29/2018 03:00:12 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 9 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | 10/02/2018 13:42:43 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 10 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 06/02/2019 15:25:45 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 11 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | 05/05/2019 13:49:10 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 12 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | 07/29/2018 03:03:09 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 13 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 03/25/2019 13:26:43 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 14 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | 08/16/2018 03:36:56 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 15 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | 07/17/2018 04:03:09 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 16 | 74E070565386C10CB521376AFA332D57AE57DE3E | 03/25/2019 13:26:26 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 17 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 03/25/2019 13:29:22 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | 07/29/2018 03:02:17 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 19 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | 10/02/2018 13:32:03 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 20 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 09/15/2018 16:20:56 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 21 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 05/05/2019 13:50:30 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 22 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 07/17/2018 04:03:18 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 23 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 09/15/2018 18:25:27 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 24 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 08/16/2018 03:38:39 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 25 | F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880 | 06/02/2019 15:37:18 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 26 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 09/15/2018 16:22:27 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |