# LESLIE A. FARBER, LLC

ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500  x 213
973.860.1174 (fax)

E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

December 4, 2019

*via ECF*

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    **Strike 3 Holdings, LLC, v. Adosh Mehta**
             **Case no. 7:19-cv-07027-KMK**
             **• Motion and Stipulation Extending Time to Respond to Complaint**

Dear Judge Karas:

I represent the defendant in the above matter.   Please allow this letter to serve as a Motion to Extend the Defendant's Time to Respond to the Amended Complaint filed.  A proposed Stipulation Extending Time to Respond to Complaint is attached hereto.  Plaintiff consents to this request for twenty-one (21) days, which would fall on Christmas Day, a legal holiday.  Therefore, the request is to extend the time until December 26, 2019.

Defendant's response to the Complaint is due to be filed by the end of Wednesday, December 4, 2019.  There has been no previous request to extend defendant's time to file a response to the Amended Complaint.  Defendant apologies to the Court and opposing counsel for filing this Motion less than two (2) days before the deadline to file defendant's response to the Complaint.  The parties have been going back and forth in settlement negotiations since November 20, providing bank statements, etc., with the hope and expectation of resolving this matter before any responsive pleading would need to be filed.  The parties anticipate some back and forth in the negotiations before we know whether the case can be resolved amicably, or whether a responsive pleading is needed, leading towards discovery, and so forth.

Hon. Kenneth M. Karas, U.S.D.J.
December 4, 2019
Page 2


Accordingly, for the foregoing reasons, defendant respectfully requests that the Court grant this Motion and enter an Order on the attached Stipulation Extending Time to Respond to the Complaint.

                                    Respectfully submitted

                                    /s/ Leslie A. Farber
             By:    Leslie A. Farber
                     Email:  LFarber@LFarberLaw.com
                     33 Plymouth Street, Suite 204
                     Montclair, NJ 07042
                     Ph. (973) 509-8500 Ext. 213

LAF:beg

cc:     Jacqueline M. James, Esq. *(via ECF)*


                                             LESLIE A. FARBER, LLC