UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ADOSH MEHTA**, <br><br> *Defendant.* | Civil Action No. 7:19-cv-07027-KMK <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which defendant ADOSHA MEHTA may file a responsive pleading to plaintiff's Amended Complaint is hereby extended up to and including December 26, 2019.

There has been no previous request for an extension of time to respond to plaintiff's Amended Complaint in connection with this matter.

Dated: December 4, 2019                                           Dated: December 4, 2019

By:     /s/ Jacqueline M. James                      By:     /s/ Leslie A. Farber
         Jacqueline M. James, Esq.                            Leslie A. Farber, Esq.
         The James Law Firm, PLLC                          Leslie A. Farber, LLC
         445 Hamilton Avenue, Suite 1102              33 Plymouth Street, Suite 204
         White Plains, NY 10601                                Montclair, NJ 07042
         Ph. (914) 358-6423                                         Ph. (973) 509-8500 x213
         Fax: (914) 358-6424                                        Fax: (973) 860-1174
         email: Jjames@JacquelineJamesLaw.com   Email: LFarber@LFarberLaw.com
         Attorneys for Plaintiff                                     Attorneys for Defendant

IT IS SO ORDERED this _____ day of December, 2019

                                                    _____
                                                                                         , U.S.D.J.